**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: 13-1736-cr                                **Caption [use short title]**

**Motion for**: Withdrawal of Appeal                            United States v. Ali Oklu

Set forth below precise, complete statement of relief sought:

leave to withdraw appeal, pursuant to client's request

**MOVING PARTY**: Ali Oklu                                      **OPPOSING PARTY**: United States
☐ Plaintiff    ☑ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY**: Paúl Camarena                              **OPPOSING ATTORNEY**: Carrie Cohen
[name of attorney, with firm, address, phone number and e-mail]
North & Sedgwick Law                                            United States Attorney's Office for the S.D. of N.Y.
500 So. Clinton Street, No. 132                                 1 St. Andrew's Plaza
Chicago, IL 60607                                               New York, NY 10007
312-493-7494   paulcamarena@paulcamarena.com                    212-637-2264           carrie.cohen@usdoj.gov

Court-Judge/Agency appealed from: U.S. District Court for the S.D.N.Y., The Honorable Judge William H. Pauley, III

**Please check appropriate boxes:**                             **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):    Has request for relief been made below?     ☐ Yes ☐ No
☑ Yes  ☐ No (explain):                                          Has this relief been previously sought in this Court?  ☐ Yes ☐ No
                                                                Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
Paúl Camarena                 **Date**: 12/04/13       Service by: ☑ CM/ECF    ☑ Other [Attach proof of service]

---

**ORDER**

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

                                                                **FOR THE COURT:**
                                                                CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____                                      By: _____

**Form T-1080** (rev. 7-12)

_____

Before The United States Court of Appeals
For The Second Circuit
_____

Docket Number: 13-1736-cr
_____

**UNITED STATES OF AMERICA**,

Plaintiff – Appellee

v.

***ALI OKLU***,

Defendant – Appellant.
_____

Appeal from Final Decision in the case of
*United States v. Ali Oklu*, 12-cr-177,
before the United States District Court for the Southern District of New York

United States District Court Judge, The Honorable William H. Pauley, III
_____

## APPELLANT'S MOTION TO WITHDRAW APPEAL

 The Appellant, Ali Oklu, by his appellate court-appointed counsel, Paúl Camarena, respectfully moves this Honorable Court for leave to withdraw his appeal and, in support, he states as follows:

 The Appellant, Ali Oklu, recognizes that, if he withdraws his appeal, the Court will dismiss the appeal. Nevertheless, the Appellant, Ali Oklu, personally asked Appellate Counsel to move the Court for leave to withdraw his appeal and authorized Counsel to so advise the Court. (Exhibit 1: 11/17/13 Ali Oklu signed letter ("I have asked, and I authorize, my court-appointed attorney, Paul Camarena, to withdraw my appeal.").)

Wherefore, the Appellant respectfully moves this Honorable Court to dismiss this appeal.

    Respectfully submitted,
Appellant's, Ali Oklu's, Counsel
/s/ Paúl Camarena
Paúl Camarena, Esq.
500 So. Clinton, No. 132
Chicago, IL 60607
PaulCamarena@PaulCamarena.Com
(312) 493-7494
(312) 602-4945 (facsimile)

# Exhibit 1

Paul Camarena, Esq.
500 S. Clinton, No. 132
Chicago, IL 60607

November 17, 2013

Re: <u>U.S. v. Oklu</u>, 13-1736 (2nd Cir. 2013)

Mr. Camarena:

    Please file this statement with the Court of Appeals on my behalf:

    I am Ali Oklu, the appellant in the above styled appeal. I have asked, and I authorize, my court-appointed attorney, Paul Camarena, to withdraw my appeal.

    I recognize that my withdrawing of my appeal will result in the Court of Appeals dismissing my appeal.

                                         Respectfully,

                                         Ali Oklu, 65879-054
                                         FCI Beckley, P.O. Box 350
                                         Beaver, WV 25813

_____

Before The United States Court of Appeals
For The Second Circuit
_____

Docket Number: 13-1736-cr
_____

***UNITED STATES OF AMERICA***,

Plaintiff – Appellee

v.

***ALI OKLU***,

Defendant – Appellant.
_____

Appeal from Final Decision in the case of
*United States v. Ali Oklu*, 12-cr-177,
before the United States District Court for the Southern District of New York

United States District Court Judge, The Honorable William H. Pauley, III
_____

### **SERVICE CERTIFICATE**

The Appellant's counsel, Paúl Camarena, certifies that, on Wed. 12/04/13, he filed this document with the U.S.Ct.Apps. 2nd Cir. ECF system, which will electronically serve this document on the Appellee's counsel.

Paúl Camarena also certifies that, on Wed. 12/04/13, he served, via United States Postal Service First-Class Mail, this document on the Appellant, Ali Oklu.

       Respectfully submitted,
       /s/ Paúl Camarena